UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA KAMALAM DAWSON, et al.,<br>Plaintiffs,<br>v.<br>CALIFORNIA T.D. SPECIALISTS, et al.,<br>Defendants. | Case No. 21-cv-07920-EMC<br><br>**ORDER TO SHOW CAUSE** |

On March 4, 2022, Defendants Scheer Law Group, Spencer Scheer, Joshua Scheer, William Idleman, Jonathan Seigel and Timothy Silverman filed a motion to dismiss the complaint for failure to state a claim. Docket No. 11. Plaintiffs' opposition to the motion was due on March 17, 2022. To date, Plaintiffs have not opposed the motion, nor otherwise responded to the motion.

Thus, the Court **ORDERS** Plaintiffs to show cause why Defendants' motion to dismiss should not be granted for Plaintiffs' failure to oppose.

Plaintiffs will have 14 days from entry of this order to file an opposition to Defendants' motion to dismiss. Failure to file an opposition within this time frame will result in dismissal with prejudice of all claims against the defendants named herein. Should an opposition be filed, Defendants have 7 days from the date Plaintiffs file their opposition to reply.

**IT IS SO ORDERED**.

Dated: April 6, 2022

_____
EDWARD M. CHEN
United States District Judge