UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA KAMALAM DAWSON, et al., <br> Plaintiffs, <br> v. <br> CALIFORNIA T.D. SPECIALISTS, et al., <br> Defendants. | Case No.  21-cv-07920-EMC <br><br> **ORDER TO SHOW CAUSE** |

On October 8, 2021, Plaintiffs filed this action against 15 defendants.  To date, Plaintiffs have not served a summons on any defendant.  In fact, Plaintiffs have not made any submissions in this case or otherwise been in contact with the Court since filing the complaint.

Thus, the Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for failure to prosecute.  Plaintiffs will have until June 28, 2022 to respond explaining their intent to prosecute this action and providing an updated mailing address.  If Plaintiffs fail to timely respond, this action will be dismissed without prejudice.

The Case Management Conference scheduled for June 7, 2022 at 1:30 p.m. is **VACATED**.

**IT IS SO ORDERED**.

Dated: June 1, 2022

_____
EDWARD M. CHEN
United States District Judge