UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA KAMALAM DAWSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA T.D. SPECIALISTS, et al., <br><br> Defendants. | Case No. 21-cv-07920-EMC   (EMC) <br><br> **ORDER DISMISSING CASE** <br><br><br> Docket Nos. 11, 13, 14, 18 |

On March 4, 2022, Defendants Scheer Law Group, Spencer Scheer, William Idleman, Jonathan Seigel and Timothy Silverman filed a motion to dismiss the complaint for failure to state a claim. Docket No. 11. Plaintiffs' opposition to the motion was due on March 17, 2022. Plaintiffs did not oppose the motion or otherwise respond to the motion by the filing deadline. On April 6, 2022, the Court ordered Plaintiffs to show cause why Defendants' motion to dismiss should not be granted for failure to oppose. Docket No. 13. Plaintiffs were ordered to file an opposition by April 20, 2022, which Plaintiffs did not do. *Id.* Accordingly, the Court ordered that the claims against moving defendants be dismissed with prejudice. Docket No. 14.

Thereafter, on June 1, 2022, this Court issued an Order for Plaintiffs to show cause why the action should not be dismissed for failure to prosecute. Docket No. 18. Plaintiffs had filed the complaint against 15 defendants but by that date had not served a summons on any defendant or made any submissions to the Court. *Id.* At that time, the Court ordered Plaintiffs to explain their intent to prosecute this action and to provide an updated mailing address by June 28, 2022. *Id.* The Court warned that otherwise the complaint would be dismissed without prejudice. *Id.*

Now, over a year later, Plaintiffs have still not responded to the Court's orders or engaged in any attempt to prosecute. Plaintiffs also did not attend the status conference or submit any

report prior to the conference that was scheduled for today, November 21, 2023.  Accordingly, the Court hereby dismisses the case.  The case is dismissed with prejudice regarding the Defendants that moved for the motion to dismiss which was granted.  Docket Nos. 11, 14.  The case is dismissed without prejudice as to remaining Defendants.

**IT IS SO ORDERED**.

Dated: November 21, 2023

_____
EDWARD M. CHEN
United States District Judge